**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**DOCKETED
AUG 2 2 2000**

| | |
|---|---|
| THOMAS J. MORIARTY, Trustee on behalf of the TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ARTURO JAUREGUI, an individual, and JAUREGUI & ASSOCIATES, P.C., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**00C 5117**

...GE CONLON

MAGISTRATE JUDGE ASHMAN



## COMPLAINT

Plaintiff, Thomas J. Moriarty, trustee on behalf of the Teamsters Local Union No. 727 Health and Welfare Fund, by his attorneys, for a complaint against the defendants, alleges as follows:

### Jurisdiction and Venue

1. This is an action pursuant to federal common law and Section 502(a)(3) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(a)(3), to enforce the terms of a health and welfare plan.

2. This Court has jurisdiction pursuant to 28 U.S.C. §1331, and Sections 502(e)(1) and 502(f) of ERISA, 29 U.S.C. §§1132(e)(1) and 1132(f).

3. Venue is based on Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and because the Fund is administered in this judicial district.

## Parties

4. The Teamsters Local Union No. 727 Health and Welfare Fund ("Fund") is a multi-employer employee benefit plan within the meaning of Section 3(1), (3), and (37) of ERISA, 29 U.S.C. §1002(1), (3), and (37). The Fund is administered in Chicago, Illinois.

5. Plaintiff Thomas J. Moriarty ("Moriarty") is a Trustee and a "fiduciary" of the Fund as that term is defined in Section 3(21) of ERISA, 29 U.S.C. §1002(21). Moriarty is authorized to commence a civil action to enforce the terms of the plan.

6. Defendant Arturo Jauregui ("Jauregui") is a citizen and resident of the State of Illinois. Jauregui is and at all relevant times was an attorney licensed to practice in the State of Illinois.

7. Defendant Jauregui & Associates, P.C., (the "firm") is an Illinois professional corporation that is and at all times relevant has provided legal services in the State of Illinois. The firm is owned by Jauregui.

## Claim for Relief

8. Uver Cruz ("Cruz") is and at all relevant times was a Fund participant eligible to receive benefits in accordance with the written terms of the Fund's plan document.

9. The Fund provides *inter alia* medical benefits to eligible participants and their dependents in accordance with the plan's written terms.

10. The plan provides that a participant who has a right of recovery against a third-party must, prior to any distribution of a settlement or judgment, reimburse the Fund for any amount paid by the Fund on the participant's behalf.

11. On October 25, 1998, Cruz was injured in a hit-and-run accident.

2

12. Cruz retained Jauregui and the firm to represent him in a claim against a third-party insurance company.

13. On or about July 28, 1999, Cruz signed an Agreement to Repay the Fund in the event he recovered by way of settlement or judgment from the third-party. A true and accurate copy of the Agreement to Repay is attached as Ex. A.

14. On July 28, 1999, Jauregui signed the "consent" provision of the Agreement to Repay, pursuant to which he agreed to repay the Fund – after deducting his costs and attorneys' fees – from the net recovery before any other distribution was made. *See* Ex. A.

15. The Fund received medical bills from various health care providers in the total amount of approximately $72,073.87 for the treatment of Cruz' injuries.

16. The Fund paid the various health care providers a total of approximately $46,729.34 in medical benefits on Cruz' behalf for the services they provided Cruz in the treatment of the injuries he incurred from the accident.

17. The Fund advised Jauregui and the firm of the claims actually incurred for Cruz' medical treatment and the amounts paid by the Fund on Cruz' behalf.

18. On or about August 6, 1999, Cruz received a $20,000.00 settlement from the third-party.

19. Jauregui and the firm: (a) received the $20,000.00 settlement proceeds; (b) on information and belief deposited the settlement proceeds in an escrow account; (c) allocated the settlement proceeds between Jauregui and the firm and Cruz as follows – approximately $6,660.00 (*i.e.* one-third of the settlement proceeds) to Jauregui and the firm, and $13,340.00 (*i.e.* two-thirds

3

of the settlement proceeds) to Cruz; and (d) distributed the settlement proceeds as previously set forth.

20. Jauregui and the firm violated the terms of the Agreement to Repay by failing to reimburse the Fund for the amounts paid on Cruz' behalf.

WHEREFORE, Plaintiff requests the following relief:

A. Judgment in favor of Plaintiff and against the defendants, jointly and severally, for:

(i) reimbursement of the settlement proceeds to which Plaintiff is entitled under the Agreement to Repay in the amount of $20,000.00 less the amount – if any – to which the defendants are entitled for costs and fees incurred in obtaining the settlement;

(ii) pre-judgment interest at the prevailing rate from August 6, 1999 – the time the settlement proceeds became due and owing the Plaintiff – to the date of judgment; and

(iii) attorneys fees and costs incurred in this action, pursuant to Section 502 (g)(1) of ERISA, 29 U.S.C. §1132(g)(1).

B. That this Court retain jurisdiction of the cause pending compliance with its orders.

C. For such other relief as this Court may deem just and proper.

Respectfully submitted,

William W. Leathem
Attorney for the Plaintiff
Jacobs, Burns, Orlove, Stanton & Hernandez
300 West Washington Street, Suite 1200
Chicago, IL 60606-2002
(312) 372-164

WWL-17.Jauregui-Subrogation Complaint.wpd

# EXHIBIT A

## SUBROGATION AGREEMENT TO REPAY

I am a Participant in the Teamsters Local No. 727 Health and Welfare Fund, hereafter the "FUND". I believe that I, or my dependent, has a right of recovery against a person, organization, insurance company, or employer (hereafter the "third party") for an illness or injury. However, the third party refuses to pay any medical expenses incurred for the treatment of my/my dependent's illness/injury. Therefore, I request the Fund to pay current and future medical expenses necessary for treatment of my/my dependent's illness/injury. I recognize the Fund's right of subrogation of all claims I may have. I understand that the Fund is not obligated to pay medical expenses arising out of any occupational illness or injury.

I hereby agree to file a claim with my own insurance company under my automobile or homeowner's/renter's policy, if applicable, for all expenses which I have requested the Fund to pay. I hereby acknowledge that the Fund may notify any appropriate insurance company of the Fund's right of recovery or lien.

In consideration of the payments made by the Fund, I agree to repay the Fund the full amount of all medical expenses paid on my behalf if payment is made to me or on my behalf, or to my dependent, including a minor child, by any third party, whether by compromise, by settlement, or agency, or arbitration tribunal. Any such payment by the third party shall first be applied to pay my attorney's fees and court costs and shall next be applied as payment to the Fund in full of the amount paid by the Fund. However it is expressly understood that, under the terms of the Health and Welfare Plan, no deduction shall be made from the Fund's share for attorney's fees or court costs incurred in collecting from a third party. It is also understood that the Fund's share will not be reduced because of my or my dependent's contributory/or comparative negligence.

I hereby authorize and direct my attorney to periodically advise the Fund in writing as to the status of my claim against a third party. I direct that my attorney shall not disburse any funds due me or my dependent on my claim until after the total amount due the Fund has been paid.

The illness/injury occurred on __10/25/98__.

My attorney is: __ARTURO JAUREGUI__
Address: __221 N LA SALLE STREET, SUITE 764__ Phone: __(312) 78-19103__
City: __Chgo, IL. 60601__ Zip: _____ State _____

I have read this Agreement and agree to be fully bound by it in consideration for the benefits I may be entitled to from the Fund.

__UVER CRUZ__                              __MARTHA CRUZ__
MEMBER                                     SPOUSE
__ADYLENE CRUZ__
DEPENDENT
          ******Please have your attorney complete the reverse side******

## CONSENT

In consideration for the Teamsters Local Union No. 727 Health and Welfare Fund's ("Fund") agreement to pay benefits to my client and to cooperate with me regarding the prosecution of any claim or lawsuit, I agree to advise the Fund, upon request, but no more than 2 times per year, of the status of the claim. I also agree to advise the Fund of the full amount offered in settlement or obtained by judgment, etc. I further agree that when any funds are made available for distribution to my client, after deducting costs and fees to which I, or any attorney to whom this matter is referred, may be entitled, will first apply the net proceeds in payment of the amount advanced by the Fund before any other distribution is made. I expressly agree that I am not entitled to a deduction for attorney's fees or costs from any amount paid to the fund, i.e. the "common funds" doctrine is not applicable.

_____
ATTORNEY

DATE: 7/28/99

JS 44
(Rev. 12/96)

CIVIL COVER SHEET  00C 5117

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Thomas J. Moriarty

## DEFENDANTS
Arturo Jauregui, et al.

JUDGE CONLON
MAGISTRATE JUDGE ASHMAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Cook__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**DOCKETED**
AUG 2 2 2000

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William W. Leathem
Jacobs, Burns, Orlove, Stanton & Hernandez
300 West Washington St., Suite 1200
Chicago, IL 60606  (312) 372-1646

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | | ☐ 865 RSI (405(g)) | |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Action pursuant to federal common law and Section 502(a)(3) of ERISA, as amended, 29 U.S.C. §1132(a)(3), to enforce the terms of a health and welfare plan.

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE
August 21, 2000

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**00C 5117**

In the Matter of
Thomas J. Moriarty,
v.
Arturo Jauregui, an individual, and
Jauregui & Associates, P.C.

Case Number: JE CONLON

MAGISTRATE JUDGE ASHMAN

**DOCKETED AUG 2 2 2000**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
The Plaintiff, Thomas J. Moriarty.

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed David Allen]* |
| NAME William W. Leathem | NAME David S. Allen |
| FIRM Jacobs, Burns, Orlove, Stanton & Hernandez | FIRM Jacobs, Burns, Orlove, Stanton & Hernandez |
| STREET ADDRESS 300 West Washington St., Suite 1200 | STREET ADDRESS 300 West Washington St., Suite 1200 |
| CITY/STATE/ZIP Chicago, IL 60606-2002 | CITY/STATE/ZIP Chicago, IL 60606-2002 |
| TELEPHONE NUMBER (312) 372-1646 | TELEPHONE NUMBER (312) 372-1646 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06201484 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 03128186 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE